UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL TODD and KATHY GREEN-TODD,<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | Case No.: 20-CV753-CAB-WVG<br><br>**DISMISSAL WITHOUT PREJUDICE**<br><br>[Doc. No. 10] |

Upon consideration of the remaining parties' joint motion to dismiss this case without prejudice, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.** This case is **DISMISSED WITHOUT PREJUDICE**, with each side to bear its own costs and fees.

It is **SO ORDERED**.

Dated: July 20, 2020

_____
Hon. Cathy Ann Bencivengo
United States District Judge